Daniel J. Doetzel (AZ 027740)
HESSE MARTONE, P.C.
10250 E. Mountain View Road, #107
Scottsdale, AZ 85258
Phone:  (314) 862-6542
Fax:      (314) 862-7010
Email:   dandoetzel@hessemartone.com

*Counsel for Defendants Robert J. Craddick;*
*Car Care VSC, L.L.C.; Richard DeStefane and*
*Reliant Care Management Company, L.L.C.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN SWENSON, | Case No.: |
| Plaintiff, | |
| vs. | **DEFENDANTS' JOINT NOTICE OF REMOVAL** |
| ROBERT J. CRADDICK DBA CAR CARE VSC, L.L.C.; RICHARD DESTEFANE; RELIANT CARE MANAGEMENT CO., L.L.C., | |
| Defendants. | |

Defendants Robert J. Craddick[1], Car Care VSC, L.L.C., Richard DeStefane and Reliant Care Management Company, L.L.C. remove this lawsuit filed by Plaintiff John Swenson ("Swenson") against Defendants in the Maricopa County, Arizona Justice Courts (Small Claims) pursuant to 28 U.S.C. §§1441 and 1446 invoking this Court's federal question jurisdiction, pursuant to 28 U.S.C. §1331 and supplemental jurisdiction, pursuant to 28 U.S.C. §1367(a).

---

[1] Robert J. Craddick has been improperly named herein as Robert J. Craddick d/b/a Car Care VSC, L.L.C. ("Car Care VSC"). Mr. Craddick is the Registered Agent for Car Care VSC; he does not do business as Car Care VSC.

-1-

1. Plaintiff Swenson filed a small claims action which appears to have been brought against all four (4) Defendants, Robert J. Craddick, Car Care VSC, L.L.C., Richard DeStefane and Reliant Care Management Company, L.L.C. (hereinafter collectively referred to as "Defendants") in the Maricopa County Justice Courts, Case No. CC2016-030104SC (Swenson's "State Action"). The undersigned counsel verifies that a true and complete copy of all pleadings and other documents filed in state court are attached as ***Exhibit A***.

2. Defendants were served with a copy of Swenson's State Action on February 26, 2016 and this Notice is being timely filed less than thirty days after service in accordance with 28 U.S.C. §1446(b).

3. All Defendants to this action join in this removal.

4. Removal to this venue is proper in accordance with 28 U.S.C. §§1441(a) and 1446(a) because this Court's jurisdiction encompasses Maricopa County, Arizona, where Swenson's State Action was filed.

5. In his State Action, Swenson seeks damages for allegedly prohibited telephone calls, pursuant to the Telephone Consumer Protection Act, 42 U.S.C. §227, et. seq.

6. Swenson's State Action alleges a cause of action arising under the laws of the United States, which this Court has jurisdiction to hear in accordance with 28 U.S.C. §1331. *See*, *Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740, 181 L. Ed 2d 881 (2012).

7. Swenson also alleges in his State Action that Defendants violated Arizona Revised Statutes §§ 44-1278(B)(1) and 44-1278(B)(4), Arizona's interstate telephone solicitation statute.

8. Swenson's state law claims brought pursuant to Arizona Statutes are based upon the same alleged unlawful conduct that is the basis of Swenson's claim made pursuant to the Telephone Consumer Protection Act. Therefore, Swenson's state law claims are so related to his federal Telephone Consumer Protection Act claims that they form the same case or controversy, thereby providing this Court supplemental jurisdiction over Swenson's state law claims, pursuant to 28 U.S.C. §1367(a).

9. Defendants have filed a copy of this Joint Notice of Removal with the clerk of the state court from which this action has been removed and have served as certified below a copy to Plaintiff Swenson, promptly after filing this Notice.

WHEREFORE, Defendants having established federal question jurisdiction, hereby remove Swenson's State Action and respectfully request such other and further relief as this Court finds to be just and proper.

Date:  March 25, 2016                                          **HESSE MARTONE, P.C.**

By:      /s/ Daniel J. Doetzel
      Daniel J. Doetzel, #027740
      10250 E. Mountain View Road, #107
      Scottsdale, AZ 85258
      Phone:  (314) 862-6542
      Fax:     (314) 862-7010
      dandoetzel@hessemartone.com

*Counsel for Defendants Robert J. Craddick, Car Care VSC, L.L.C., Richard DeStefane and Reliant Care Management Company, L.L.C.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the day of March 25, 2016, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means, or if not so served, then by U.S. Mail, postage prepaid to:

John Swenson
8313 E. Rancho Vista Road
Scottsdale, AZ  85251
(480) 298-7448 - Telephone

*Plaintiff Pro Per*

                                          /s/ Daniel J. Doetzel