# EXHIBIT A



# Maricopa County Justice Courts, Arizona

**McDowell Mountain Justice Court**   18380 N. 40th St., #130, Phoenix, AZ 85032   602-372-7000

CASE NUMBER: CC2016-030104-SC

| Plaintiff | Defendant |
|---|---|
| John Swenson | Robert J Craddick DBA Car Care VSC L.L.C |
| 8313 E Rancho Vista Road | Richard DeStefane, Reliant Care Management Co LLC |
| Scottsdale, Arizona 85251 | 1869 Craig Park Court  St. Louis, MO 63146 |
| ( 480 ) 298 - 7448 | ( 888 ) 297 - 0168 |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |

The Statutory Agent / Corporate Officer to be served is: Robert J Craddick, Registered Agent

## SMALL CLAIMS COMPLAINT / SUMMONS / ANSWER

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to ARS 22-504, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within **TWENTY (20) DAYS** by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiffs claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: FEB 17 2016   Clerk: _____   (SEAL)

*Requests for reasonable accommodations for persons with disabilities must be made to the court at least 3 judicial days in advance of any scheduled hearing.*

### PLAINTIFF'S CLAIM

This Justice Court has venue because ☐ The defendant resides in this precinct, ☒ The debt, or cause of action, or incident that resulted in this claim, occurred in this precinct at the following location: 8313 E Rancho Vista Drive Scottsdale   $3500   is the total amount owed me by defendant because:

I am claiming damages against the defendants in the amount of $3500 plus court costs. The lawsuit occurred in the McDowell Mountain Precinct. The defendants owe me money for violating The Telephone Consumer Protection Act. (TCPA) Specifically sections 47 U.S.C 227(b)(1)(A)(iii), 47 U.S.C 227(b)(1)(B), 47 C.F.R 64.1200(b)(1) and 47 C.F.R 64 1200(c)(2). Defendants also violated Arizona Commercial Code 44-1278(B)(1) and 44-1278(B)(4). On or about 11/19/15 at 1:10 pm and again at 1:22 pm I received a pre-recorded computer dialed call from 'dealer processing'. Caller id recorded 480-297-0168. I answered a few questions and was transferred to 'Ty'. He offered a service contract on a 2013 Volkswagen I no longer own. He gave me a call back number of 888-448-7723. He stated his employer was Vehicle Services Department. I am not nor ever been a client Car Care VSC LLC or Vehicle Services Department. My phone number has been on the National Do not Call Registry since April 26, 2008. Wherefore, the plaintiff requests that the court enter judgment in his favor for the violations in the sum of $3500 plus court costs.

Date: 2-17-2016   Plaintiff: _____

### DEFENDANT'S ANSWER

*A filing fee must be paid at the time your answer is filed.*

I am answering on behalf of ☐ Myself ☑ Marital Community ☐ Other: _____   I do not owe the plaintiff because:

Date: _____   Defendant(s): _____

| I CERTIFY that I delivered / mailed a copy of this SMALL CLAIMS COMPLAINT / SUMMONS / ANSWERS to the Plaintiff at the above address. |
|---|
| Date: _____   By: _____   Defendant |

SC 8150-300 R: 7/23/10

JOHN SWENSON
8313 E RANCHO VISTA DR.
SCOTTSDALE AZ 85251
480-298-7448

Plaintiff(s) Name/Address/Phone

CASE NUMBER CC2016-030104SC
EVIDENCE OF SERVICE BY
REGISTERED OR CERTIFIED MAIL
SMALL CLAIMS

Robert J CRADDICK DBA CARCARE VSC LLC
v.
RICHARD DeStephane, Reliant Care Management Co LLC
1869 CRAIG PARK Court St. Louis MO 63146
888-297-0168

Defendant(s) Name/Address/Phone

A copy of the SUMMONS and COMPLAINT in this action was served by registered or certified mail.

The date of service is:

__2-26-16__ the date of delivery to, and signature of, the defendant, as shown on the attachment.
OR

☐ the date the return receipt is filed with the court (*because the date of delivery is not entered, or the date entered is illegible*).

Print your completed Evidence of Service form and attach the green card to the form as indicated. Then mail or deliver the Evidence of Service with the attached "green card" to the court. Keep a copy of the Evidence of Service and a copy of the "green card" for your records.

The Return Receipt (green card) is attached:

Date: 3-15-16

Plaintiff

[stamp: McDOWELL MOUNTAIN JUSTICE COURT FILED 16 MAR 17 PH 12:33]

LJ_SC_00003_12212010ST                                                Page 1 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard DeStefane
   c/o Reliant Care MGMT LLC
   1869 Craig Park Court
   St. Louis MO 63146

9590 9402 1442 5329 9728 20

2. Article Number (Transfer from service label)

   7015 1730 0000 1180 0523

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   _____              2-26-16
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert J Craddick
   c/o CarCare VSC LLC
   1869 Craig Park Court
   St. Louis MO 63146

9590 9402 1442 5329 9728 37

2. Article Number (Transfer from service label)

   7015 1730 0000 1180 0530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Sarah Larkinson_ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Sarah Larkinson               2-26-16
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®
SAINT LOUIS MO 63146    OFFICIAL USE

| Certified Mail Fee | $3.45 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ N/A |
| ☐ Adult Signature Restricted Delivery | $ N/A |
| Postage | $0.49 |
| Total Postage and Fees | $6.74 |

Postmark: SCOTTSDALE, AZ AIRPARK STATION USPS 85260 02/18/2016

Sent To: Robert J Craddick
Street and Apt. No., or PO Box No: 1869 Craig Park Court
City, State, ZIP+4: St. Louis MO 63146

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1730 0000 1180 0530

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®
SAINT LOUIS MO 63146    OFFICIAL USE

| Certified Mail Fee | $3.45 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ N/A |
| ☐ Adult Signature Restricted Delivery | $ N/A |
| Postage | $0.49 |
| Total Postage and Fees | $6.74 |

Postmark: SCOTTSDALE, AZ AIRPARK STATION USPS 85260 02/18/2016

Sent To: Richard DeStefane
Street and Apt. No., or PO Box No: 1869 Craig Park Court
City, State, ZIP+4: St. Louis MO 63146

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1730 0000 1180 0523